# EXHIBIT A

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| AMANDA RILEY, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-CV-243-SWS |
| | ) | |
| SAMUEL ENGINEERING, INC., a Wyoming corporation, | ) ) | |
| | ) | |
| Defendant. | ) | |

### DECLARATION OF ERIN PERCZAK

I, Erin Perczak, under penalty of perjury, hereby declare:

1. I am the Co-Founder, Senior Digital Evidence Examiner, CCE, CEDS, PI, for Perin Discovery LLC.

2. Perin Discovery was contacted by Meggan Nicholas of Hall and Evans, LLC, to assist in the collection and examination of a cell phone currently in the custody of an IT individual, Plaintiff Amanda Riley.

3. Our initial scope was to engage with this IT individual to help facilitate the creation of a forensic image that we would be able to process using specialized forensic software.

4. This process allows us to gain information related to what data is stored on the device as well as provide evidence and opinions about various events related to discovery.

5. In additional conversations, we learned that The Richard Law Firm represents the

Plaintiff in this matter and that the phone in question belongs to their client.

6. Perin Discovery LLC was contacted by Meggan Nicholas of Hall and Evans, LLC on April 22, 2022, regarding assistance in attempting to collect data from a mobile device.

7. On May 2, 2022, I was included in communications between Meggan Nicholas and Andrea Richard, of The Richard Law Firm, PC. This was an initial communication to provide my name and contact information for the Plaintiff's expert to reach out so we could schedule time to discuss more in depth about the device and the plan for attempting to create a forensic image.

8. On May 12, 2022, Andrea Richard replied to the May 2nd communication and said that a conference call could be set for the weeks of May 16th or May 23rd.

9. As of May 24, 2022, I had not received additional communication from The Richard Law Firm. I sent a message directly to Andrea Richard to schedule a time for a call so that we could gather more information related to the device and how best to perform the collection.

10. I received a reply to my email to Andrea Richard on May 31, 2022, stating that arrangements should be able to be made that week or the following week.

11. On June 1, 2022, I replied to Ms. Richard to let her know that my schedule was flexible and that I was looking to setup a quick call to discuss the type of phone and the amount of data on the phone so that we could be prepared for a collection.

12. On June 6, 2022, I received an email from Andrea Richard stating that her client would be available Friday, June 10th from 8:30 a.m. to Noon via a Zoom meeting to conduct the inspection. That same day, on June 6, 2022, I replied to this message requesting additional information including the type of phone, amount of data on the phone, and an address where we

could ship a laptop to complete a collection of the device.

13. Later in the afternoon on June 6, 2022, I received a voicemail and follow up email from Andrea Richard providing an address to a hotel to ship a laptop as well as information stating that the phone is an Android and that the device is locked and the PIN code to unlock the device is unknown. The email also mentioned that an IT consultant had tried PIN combinations without success and does not have any additional capabilities to unlock the device.

14. Without the ability to unlock the device, Perin is unable to proceed with creating a forensic image for analysis. The only method for imaging of mobile devices is through a "live acquisition" process, which entails the phone being charged, unlocked, and plugged into a computer. We must then enable developer mode on Android devices and update settings that the phone will allow communication and transfer of data via USB to the computer.

15. Perin has a partner that we have engaged in the past to attempt to unlock mobile devices. This company is VTO Labs, located in Broomfield, Colorado, and they have specialized software and individuals who can attempt this task in some cases. The ability for VTO Labs to attempt to bypass the PIN to unlock the device will depend on several factors, including the operating system and version running on the phone, the firmware currently running on the phone, and additional conditions related to the accessibility to necessary information on the device for the unlocking program to function. With additional information Perin would be able to provide a more affirmative answer as to whether trying to unlock the device would be possible. Engaging in the unlock process requires a $1,500 non-refundable retainer and does not guarantee that the device will be able to be unlocked or that data will be able to be recovered. The total cost for unlocking a device is dependent on the amount of time it takes to run combinations of codes, and the total

cost could be as high as $8,000 to $10,000, depending on the amount of research, tools required, and total time needed to find the PIN.

16. The completion of these efforts will take at least 10 Days from the time the device is in the physical possession of Perin, and could take up to weeks to complete. It will take an additional 7 days to prepare an expert report of the results.

17. I submit this information having stated my understanding and knowledge of the events to the best of my abilities.

18. I reserve the right to modify and update the processes and information above as new facts and information are provided.

Dated this 7th day of June, 2022.

Respectfully submitted,

Erin Perczak
Co-Founder, Sr. Digital Evidence Examiner
CCE, CEDS, PI
Perin Discovery LLC