### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| AMANDA RILEY, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 20-CV-243-SWS |
| ) | |
| SAMUEL ENGINEERING, INC., a ) | |
| Wyoming corporation, ) | |
| ) | |
| Defendant. ) | |

### ORDER ON DEFENDANT'S MOTION TO COMPEL FORENSIC EXAMINATION OF PLAINTIFF'S CELL PHONE AND FOR SANCTIONS

THIS MATTER came before the Court on Defendant Samuel Engineering, Inc.'s Motion to Compel Forensic Examination of Plaintiff's Cell Phone and for Sanctions. The Court, having reviewed the filings finds and concludes as follows:

1. Defendant's Motion to Compel Forensic Examination of Plaintiff's Cell Phone is Granted. Plaintiff shall produce to Defendant's IT expert the physical Android device currently in Plaintiff's counsel's possession to Defendant's IT expert by no later than _____.

2. Defendant's Motion for Sanctions is Granted. Defendant is instructed to file with the Court a Declaration, with supporting exhibits, showing its fees and costs incurred, by no later than _____, which will be payable by Plaintiff's counsel, Andrea L. Richard of The Richard Law Firm, P.C.

IT IS THEREFORE HEREBY ORDERED that Defendant's Motion to Compel Forensic Examination of Plaintiff's Cell Phone and for Sanctions is GRANTED.

DATED this _____ day of June, 2022.

                                                                                            UNITED STATES MAGISTRATE JUDGE