Kendra K. Smith (admitted by pro hac)
Andrew D. Ringel (WY Bar # 8-6680)
Hall & Evans, L.L.C.
10017 17th Street, Suite 300
Denver, Colorado 80202
(303) 628-3300
smithk@hallevans.com
ringela@hallevans.com

Deborah M. Kellam (WY Bar # 5-2514)
Hall & Evans, L.L.C.
2015 Central Avenue, Suite C
Cheyenne, WY 82001
(307) 514-2567
kellamd@hallevans.com

*Attorneys for Samuel Engineering, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| AMANDA RILEY, an individual, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 20-CV-243-SWS |
| SAMUEL ENGINEERING, INC., a Wyoming corporation, | ) ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION TO DISMISS
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)

NOW COME Plaintiff Amanda Riley, by and through counsel, and Defendant Samuel Engineering, Inc., by and through counsel, and hereby request that pursuant to this joint stipulation, the above-entitled matter be dismissed in its entirety, <u>with prejudice</u> and with each side to be responsible for their own fees and costs.

Dated this 1st day of November, 2022.

                                    So Stipulated:

                                     *s/Andrea L. Richard (by consent*)
Andrea L. Richard
The Richard Law Firm, P.C.
P.O. Box 1245
Jackson, Wyoming 83001
Telephone: (307) 732-6680
andrea@arichardlaw.com

**Attorney for Plaintiff Amanda Riley**

        *s/Kendra K. Smith*
Kendra K. Smith (admitted by pro hac)
Deborah M. Kellam (WY Bar # 5-2514)
Andrew D. Ringel (WY Bar # 8-6680)
Hall & Evans, LLC
1001 17th Street, Suite 300
Denver, Colorado 80202
Telephone: (303) 628-3300
Facsimile: (303) 628-3800
smithk@hallevans.com
kellamd@hallevans.com
ringela@hallevans.com

**Attorneys for Defendant Samuel Engineering, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of November, 2022, I electronically filed the foregoing **JOINT STIPULATION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

***Attorneys for Plaintiff***

Andrea L. Richard
The Richard Law Firm, P.C.
P.O. Box 1245
Jackson, Wyoming 83001
Telephone: (307) 732-6680
andrea@arichardlaw.com


                *s/ Nicole Marion,* legal assistant of
                Hall & Evans, L.L.C.