# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| AMANDA RILEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SAMUEL ENGINEERING, INC., a Wyoming corporation,<br><br>Defendant. | Case No. 20-CV-00243-SWS |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the Court on the parties' Joint Stipulation to Dismiss pursuant to Fed. R. Civ. P. 41(a)(1)(ii). (ECF No. 70.) The parties advised all of Plaintiff's claims have been resolved.

**IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant are hereby **DISMISSED with prejudice**. Each party shall bear their own fees and costs incurred in the case.

Dated this 2nd day of November, 2022.

Scott W. Skavdahl
United States District Judge